## M. H. Stein, Appellee, v. Rubber Linings Corporation, Appellant.

### Gen. No. 45,407.

Ben Copple, for appellant; Henry W. Olschner, and Meyer Silverstein, of counsel; Robert E. Cherry, for appellee; Norman L. Sider, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed January 21, 1952; released for publication February 5, 1952.